UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

REX WU,

        Appellant,

v.

LEHMAN BROTHERS HOLDINGS, INC.,

        Appellee.

20-CV-5823 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This Order corrects the Clerk's docket entry with respect to the Court's January 25, 2022 Order. The Court's endorsement at Dkt. 19 did not address the merits of Appellant Rex Wu's motion for reconsideration; rather, it advised Appellee that it need not respond further to Wu's motion.

    Accordingly, the Clerk of Court is directed to modify Dkt. 19 so that it no longer terminates the motion at Dkt. 12, and to reopen that motion. The Clerk of Court is respectfully requested to mail a copy of this order to Mr. Wu.

    SO ORDERED.

Dated:    February 1, 2022
             New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge