20-cv-05823

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

Rex Wu
Appellant

V

Lehman Brother Holding Inc., et al
Appellee

_____

# Notice of Withdrawal of the Notice of Appeal

_____

On January 31st, 2022, Appellant Rex Wu filed the Notice of Appeal, Docket 20.  Rex Wu now

files this Notice to inform the Honorable Court that he is withdrawing his previous filed Notice

of Appeal.  The withdrawal of the Notice is made with full reservation in accordance with

Docket 22, Docket 24 and Rex Wu's rights under applicable law.

**Dated this 11th day of February, 2022**

/s/ Rex Wu

_____
**Rex Wu**
**6315 N Campbell**
**Chicago, IL 60659**
**312-785-0348**
**rex_wu@live.com**
**Pro Se**

1